**JUVENILE COURT PROCEDURAL RULES COMMITTEE**
**FINAL REPORT[1]**

**Amendment of Pa.R.J.C.P. 1140**

On April 23, 2018, the Supreme Court amended Rule of Juvenile Court Procedure 1140 to add paragraph (a)(3) to clarify that arrest warrants are not to be issued for absconding dependent children.  Further, the Comment was revised to state that Rule 1140(a)(3) does not preclude the issuance of a warrant for a case in which the child is subject to the jurisdiction of the dependency and delinquency court or a pickup order for protective custody.  Post-publication, the Juvenile Court Procedural Rules Committee recommended additional language in the Comment indicating that judicial inquiry into efforts to locate a missing dependent child is not precluded under the Rule.

Several portions of the Comment merely reiterative of the rule text were deleted to improve readability.

The amendment will become effective July 1, 2018.

---

[1] The Committee's Final Report should not be confused with the official Committee Comments to the rules.  Also note that the Supreme Court does not adopt the Committee's Comments or the contents of the Committee's explanatory Final Reports.